1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11              Plaintiff,              No. CIV S-08-0111 GEB KJM P

12        vs.

13   SOLANO COUNTY JAIL, et al.,

14              Defendants.

15   _____/          ORDER

16          Plaintiff is a Solano County prisoner proceeding pro se.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to

18   28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to

19   28 U.S.C. § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $22.33 will be assessed by this

24   order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to

25   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

26   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Plaintiff's February 28, 2008 amended complaint states cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his claims against defendants Patterson, Halsten and Cullison.

Finally, plaintiff has filed a motion titled "request for court ordered phone calls." Plaintiff fails to present any factual or legal cause for issuance of such an order.  His request will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $22.33.  All fees shall be collected and paid in accordance with this court's order to the Solano County Sheriff filed concurrently herewith.

3.  Service is appropriate for the following defendants:  Patterson, Halsten and Cullison.

4.  The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 28, 2008.

5.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in number 3 above; and

/////

2

1           d.  Four copies of the endorsed amended complaint filed February 28,

2           2008.

3           6.  Plaintiff need not attempt service on defendants and need not request waiver of

4 service.  Upon receipt of the above-described documents, the court will direct the United States

5 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

6 without payment of costs.

7           7.  Plaintiff's "request for court ordered phone calls" (#13) is denied.

8 DATED:  June 4, 2008.

9                                               _____

10                               U.S. MAGISTRATE JUDGE

11 1

   bake0111.1(2.28.08)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11           Plaintiff,                      No. CIV-S-08-0111 GEB KJM P

12       vs.

13   SOLANO COUNTY JAIL, et al.,         NOTICE OF SUBMISSION

14           Defendants.                 OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           _____     completed summons form

19           _____     completed USM-285 forms

20           _____     copies of the _____
                                    Amended Complaint
21   DATED:

22

23                                       _____
                                         Plaintiff
24

25

26